UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SHAWN LAMAR BOWMAN #12125007,

    Plaintiff,

v.                                               3:08-cv-448

WARDEN OF CLAIBORNE COUNTY
JUSTICE CENTER,

    Defendant.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                          s/ Thomas W. Phillips
                                                          United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
   CLERK OF COURT